**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
  LEAH THODE,

                          Plaintiff,                    25 **CIVIL** 4839 (RWL)

     -v-                                     **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                          Defendant.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Decision and Order dated April 3, 2026, the Commissioner's motion for remand is GRANTED and the matter is REMANDED to the Commissioner. The Commissioner is strongly urged to consider reassigning the matter to a new ALJ.  On remand, the Commissioner shall direct the assigned ALJ to: 1. Provide Thode an opportunity for another hearing; 2. Address and analyze limitations related to absenteeism, whether due to agoraphobia or other impairments; 3. Evaluate anew all medical opinions for the adjudicative period, including but not limited to the opinions of Drs. Miller, Nikkah, Cosgrove, and Rubin; and 4. Consider the Additional Issues raised by Thode, namely, a. Application of all parts of the Paragraph C criteria of 20 C.F.R. Pt. 40, Subpt. P, App. 1, 12.00.G.2; b. Analysis of exertional limitations with regard to Thode's ability to lift, carry, stand, and walk; c. Accounting for the longitudinal treatment record; d. Application of the 20 C.F.R. § 404.1594 medical improvement standard in the event there are different RFCs for different periods; and e. Analysis of the reliability of all vocational witness testimony, including the methodology used and sources relied

upon; and solicitation and consideration of the VE's opinion as to how absenteeism affects ability to complete a probationary period.

**Dated:**  New York, New York

April 7, 2026

**TAMMI M. HELLWIG**

_____

**Clerk of Court**

**BY:**         K. mango

_____

**Deputy Clerk**